David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, DRAKE E. COLLIER*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DRAKE E. COLLIER,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants. | Case No. 2:18-cv-00521-JAD-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>ECF No. 13 |

Plaintiff DRAKE E. COLLIER and Defendant EQUIFAX INFORMATION SERVICES LLC hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated: January 3, 2019

| By: | By: |
|---|---|
| <u>/s/David H. Krieger, Esq.</u> | <u>/s/Bradley T. Austin, Esq.</u> |
| David H. Krieger, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 13064 |
| HAINES & KRIEGER, LLC | SNELL & WILMER, LLP |
| 8985 S. Eastern Avenue | 3883 Howard Hughes Parkway |
| Suite 350 | Suite 1100 |
| Henderson, Nevada 89123 | Las Vegas, NV 89169 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **ORDER**

Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 3, 2019